Opinion filed November 19, 2009 











 
 
  
 
 







 
 
  
 
 




Opinion filed November 19,
2009 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                  ___________

 

                                                          No. 11-09-00080-CV

                                                    __________

 

                                       DANNY HECKLER, Appellant

 

                                                             V.

 

                              KEY
ENERGY SERVICES, INC., Appellee

 



 

                                        On
Appeal from the County Court at Law

 

                                                         Midland
County, Texas

 

                                                 Trial
Court Cause No. CC14400

 



 

                                            M
E M O R A N D U M    O P I N I O N

The
trial court signed its judgment on March 6, 2009.  Neither a motion for new
trial nor an affidavit of inability to pay costs on appeal was filed.  Appellant
timely filed a notice of appeal, and the record was filed in this court on
April 27, 2009.








Appellant=s brief was originally due
to be filed in this court on May 27, 2009.  In a letter dated June 26, 2009,
the clerk of this court advised the parties that appellant=s brief was past due, that
the court on its motion had extended the due date to July 27, 2009, and that
failure to file the brief could result in the dismissal of the appeal for want
of prosecution.  As of this date, a brief has not been filed.

Therefore,
the appeal is dismissed.  Tex. R. App.
P. 38.8.

 

PER CURIAM

 

November 19,
2009

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.